FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 29 2016 ★
BROOKLYN OFFICE

Most Honorable Judge Weinstein, 4-20-2016

CR 92-351

I'm writing to you on behalf of my father Victor J. Orena and Michael Sessa that were convicted and given maximums sentences according to the sentencing guidelines due mainly to an intra-family war that erupted within the Colombo Crime Family. I spent twenty four years of my life trying to get my father a new trial on the grounds of outrageous governmental misconduct, mainly for the misuse of a TECI named Gregory Scarpa Sr. and his handler Supervisory Agent Lindley DeVecchio. My quest to prove that my father didn't start the last and most deadliest mob war in the history of Organized Crime, but was the victim of an FBI Counter Intelligence program (Cointelpro) persecuted by corrupt FBI agents and Top Echelon Informants. This case created a systemic problem in the Eastern District of New York, with it a storm of damage control and white washing of serious evidence. My lobbying of Congressman William Dellahunt that led to a four count murder indictment of legendary FBI Supervisory agent Lindley DeVecchio. My lobbying various congressional bodies looking through thousands of FBI documents, Investigating many leads and disclosing other Violent Top Echelon Informants that the government withheld from our defense team and appeal attorneys. Finally a meeting at the Justice Department building in Washington D.C. with the Inspector General of the Department of Justice outlining in detail the crimes of a corrupt group of FBI Agents and TECI'S. Proving what I set out to do, that my father Victor J Orena didn't start a mob war, but was a victim of a ongoing Rico enterprise within the family and unknown to my father and Michael Sessa which was comprised of TECI'S and FBI agents to kill or frame Victor J Orena, any of his sons or loyal men and continue to control the leadership of the Colombo Crime family to this very day. And last but most important of my discoveries Carmine J. Persico known as the "Snake", Persico faction leader and official Colombo Family Boss was a Top Echelon Informant.

A disclosure that came to light after a lobbyist I worked with received the balance of the Scarpa file, in this release was a list of TECI'S within an Inter office memorandum dated 10-22-1971 listing Carmine J. Persico as a TECI and some other names if disclosed would rock the mob community and the public. This documents authenticity and the revelation on Persico was confirmed by the IG Mr. Michael Horrowitz at our meeting. Your Honor you were always gracious to me and my family and compassionate to my two brothers John and Victor, whom were defendants in your courtroom, if you recall you gave them the low end of the guideline if they agreed in writing to sever themselves from any criminal enterprise, which I'm very proud to say have lived by their promise to the court and never associated to this very day with any of the former cohorts they or my dad knew! I know there Grateful to you for having the wisdom to set them back on the right path, I also know that my late dear Mother and my Dad were grateful as well.

Several months after losing my Mom to Lung cancer my dear wife Denise was diagnosed with colon cancer that unfortunately spread to her liver and within five months lost her battle to this horrific disease at the age of 51 leaving behind me and my three devastated sons.

During the time of my wife's battle I was receiving correspondences from one Frank Sparaco, a Persico faction loyalist and Top Echelon Informant, who committed numerous murders and the most kills during the war even more than Scarpa. He claimed that his handlers were Ken Brown and Lynley DeVecchio! He told me in writing that his handlers knew that he was committing murders and allowed him to do it. One of the murders was Steven Mancuso who Sparaco shot and then later killed, ironically DeVecchio testified at the trials and blamed those incidents on the Orena Faction.

With the Scarpa, Sparaco and Persico TECI revelation this unthinkable and implausible association with the FBI goes way further than a lapse in judgment but clearly outlines a Rico Enterprise within a Rico Enterprise and a misused, fraudulent Top Echelon Program. With all due respect you Honor these TECI'S were the most violent group of men in the history of Organized Crime. Any investigative benefit was not worth allowing these men to function on the street or while they were behind bars. Even more

unthinkable is the likelihood that Gregory Scarpa Sr. actually was an FBI Agent that went undercover but never came Out, another topic discussed with the IG that clearly passed the laugh test.

I'm thankful to the IG for giving us the meeting and helping my dad to get to a hospital facility, years of trying and failure caused my father to lose his eyesight, and his health to decline. All while Carmine Persico has occupied a hospital position for over ten years now, all because of his ailment of cataracts and a favor from his handlers.

Your honor I'm not a crusader of cause against our government, I love my country and I also hate organized crime of any sort, its evil that destroys families and ruins young lives that want to emulates these fraudsters. I'm a son who loves his father and in all fairness realizes that had all this information been disclosed at his trial would not only led to his acquittal, but the case would have been thrown out by you.

I plead to you from the bottom of my heart to think about what I disclosed to you in this letter and I ask you if you would consider a sit down with yourself a current EDNY Attorney, Michael Sessa and my Dads Attorney David Schoen, myself and my brother John. Absent of course would be the FBI being I'm clearly afraid they could possible disclose such a meeting to Persico comrades putting our lives in danger.

What I'm asking I'm sure is not the norm, but with all due respect your Honor your record proves you to be a judge that thinks outside the box or the norm and that's what made you so great, also your compassion.

None of us can give back to the defendants the twenty four years they spent in prison, we can be part of changing their future, to see Michael be reunited with his wife and daughter who only knows her Dad from prison visits and to see my Dad who lost everything worldly including his wife, daughter in law, health, wealth and position to enjoy the time he has left surrounded by his sons and grandchildren who hardly know him.

I want to thank you for taking the time to read my letter and hopefully consider what I propose.

And my best wishes to your wonderful right hand June Lowe

With all my Admiration and Respect

Andrew J. Orena

My Cell 347 433 2105