UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN, NEW YORK 11201

JACK B. WEINSTEIN
JUDGE

May 3, 2016

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 06 2016 ★
BROOKLYN OFFICE

Andrew Orena

Re: CR 92-351 (E.D.N.Y.)

Dear Mr. Orena:

    I have your letter of April 20, 2016. Since no case or application is pending before me, I cannot act. This is a case over which I have no jurisdiction.

    The "sit down," you seek cannot be arranged.

    Please accept my deepest condolences on the passing of your mother and your wife. These are such terrible blows - - as we both well know.

Sincerely yours,

Jack B. Weinstein
Senior U.S. District Judge